UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-11698 |
| ) | |
| MICHAEL DRESSLER, ) | Magistrate Judge Leo T. Sorokin |
| AMY DRESSLER, OPTION ONE ) | |
| MORTGAGE CORP., ELEANORE ) | |
| FRANK, and THE MASSACHUSETTS ) | |
| DEPARTMENT OF REVENUE, ) | |
| ) | |
| Defendants. ) | |

## AGREED JUDGMENT AND STIPULATION OF
## THE UNITED STATES AND MICHAEL AND AMY DRESSLER

The Plaintiff, United States of America, and the Defendants, Michael Dressler and Amy Dressler (the "Dresslers"), agree that a judgment may be entered as follows:

1.  The Dresslers are indebted to the United States for unpaid federal income tax assessments and the statutory additions and interest associated with those assessments in the total amount of $135,973.88 as of November 10, 2008, as set forth in the table below, plus statutory additions and interest accruing since that date.

| Tax Period | Assessment Date | Unpaid Assessed Balance | Statutory Additions | Balance Due as of November 10, 2008 |
|---|---|---|---|---|
| 1996 | September 15, 1997 & September 8, 1999 | $27,908.66 | $31,673.92 | $59,582.58 |
| 1997 | November 23, 1998 | $13,162.48 | $11,056.12 | $24,218.60 |
| 2001 | June 3, 2002 | $18,556.78 | $8,053.05 | $26,609.83 |
| 2004 | October 9, 2006 | $2,998.27 | $811.36 | $3,809.63 |
| 2005 | November 20, 2006 | $16,196.83 | $5,556.41 | $21,753.24 |
| Total | ----- | ---- | ---- | $135,973.88 |

2.  The foreclosure count (26 U.S.C. § 7403) of the United States' amended complaint, filed with this Court on December 21, 2007, with respect to real property located at 303 Jacobs Street, Seekonk, Massachusetts, was dismissed without prejudice pursuant to a sixty day settlement order. (Docket no. 33.) The United States agrees not to seek to reopen this action with respect to that foreclosure count, but retains the right to bring an action for the foreclosure of federal tax liens against that property in the future.

AGREED:

| For Plaintiff United States: | For Defendants Michael & Amy Dressler |
|---|---|
| CARMEN M. ORTIZ<br>United States Attorney | /s/ with the consent of *Michael S. Marino*<br>Michael S. Marino (BBO 643505)<br>Plourde, Bogue & Moylan, LLP<br>50 Exchange Street |
| /s/ *Austin L. Furman*<br>AUSTIN L. FURMAN (BBO 669205)<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 55, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 307-2007<br>Email:Austin.L.Furman@usdoj.gov | Providence, Rhode Island 02903<br>(401) 453-0550<br>Email: MMARINO@PBMLEGAL.COM |

**IT IS SO ORDERED, ADJUDGED, AND DECREED:**

LEO T. SOROKIN
United States Magistrate Judge

Dated: 4/1/2010